```
            FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

        MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CIFUENTES, | Case No. EDCV 07-0721-AG (RNB) |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, CSP CORCORAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed by petitioner.

It appears from the objections that the only portion of the Report and Recommendation to which petitioner is making a substantive objection is footnote 1 on page 2, where the Magistrate Judge noted that, concurrently with his Traverse, petitioner had filed a Motion to Amend his First Amended Petition to add a claim(s) concerning the trial court's denial of his motion to suppress his statements to the police. The Magistrate Judge had denied the Motion on the grounds <u>inter alia</u> that it was untimely and because it did not appear to the Magistrate Judge from his review of petitioner's sole California Supreme Court filing that petitioner had exhausted his

1

state remedies with respect to a standalone claim under Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966). In his objections, petitioner appears to be contending that, in making his determination that petitioner had not exhausted a standalone Miranda claim, the Magistrate Judge should have taken into account the fact that petitioner did not speak the English language and was representing himself in pro se.

The Court is mindful that, for purposes of exhaustion, pro se petitions are held to a more lenient standard than counseled petitions. See Sanders v. Ryder, 342 F.3d 991, 999 (9th Cir. 2003), cert. denied, 541 U.S. 956 (2004); Peterson v. Lampert, 319 F.3d 1153, 1159 (9th Cir. 2003). Even applying the more lenient standard for pro se petitions, however, after reviewing petitioner's sole California Supreme Court filing, the Court concurs with the Magistrate Judge that petitioner failed to "fairly present" a standalone Miranda claim to the California Supreme Court.

Accordingly, having made a de novo determination of the portion(s) of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the operative First Amended Petition and dismissing this action with prejudice.

DATED: MARCH 29, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE