JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CIFUENTES,<br><br>   Petitioner,<br><br> vs.<br><br>WARDEN, CSP CORCORAN,<br><br>   Respondent. | Case No. EDCV 07-0721-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: MARCH 29, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE